CRIMINAL CAUSE FOR CURCIO HEARING

BEFORE: SEYBERT,J.   DATE: 12/17/2019   TIME: 11:30

DOCKET NUMBER: CR 17-372   TITLE: USA-V-CHARTIER

DEFT NAME: JEFFREY CHARTIER (PHONE)   DEFT: #1
__X__ PRESENT  ____ NOT PRESENT  ____ IN CUSTODY  __X__ ON BAIL

ATTY. FOR DEFT.: ROBERT LaRUSSO   __X__ C.J.A.
__X__ PRESENT  ____ NOT PRESENT  ____ RET

CURCIO COUNSEL: JOSEPH FERRANTE

KAITLIN FARRELL
A.U.S.A.   DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: ____ P. AUERBACH  ____ M. FOLEY  ____ F. GUERINO
____ P. LOMBARDI  __X__ M. STEIGER  ____ D. TURSI  ____ O. WICKER

__X__ CASE CALLED. ALL COUNSEL PRESENT.

____ CASE ADJOURNED TO __/__/20 AT __:__ M FOR _____

__X__ DEFT. CONTINUED ON BOND.

__X__ OTHER: CURCIO INQUIRY CONDUCTED. COURT ACCEPTS DEFENDANT'S TESTIMONY UNDER OATH THAT HE WAIVES ANY CONFLICT.