UNITED STATES DITRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

United States of America,

               Plaintiff

  - against -

Jeffrey Chartier,
               Defendant

ORDER

Crim. Docket No. 17-372(JS)

----------------------------------X

    This matter having come before the Court on letter application by the defendant Jeffrey Chartier, represented by Robert P. LaRusso, for an Order (1) continuing Joseph Lively, Esq. as a CJA authorized investigator and as an associate counsel; and (2) authorizing CJA funds to be used to pay for his continued services, not to exceed 100 hours at $95 per hour, with leave to seek additional hours with approval of the Court, and for good cause shown,

    IT IS HEREBY ORDERED that (1) Joseph Lively, Esq., continue as a CJA authorized investigator and as an associate counsel; and (2) CJA funds are authorized to pay for his continued services not to exceed 100 hours at $95 per hour, without prior approval of the Court.

SO ORDERED.

Dated: February 11, 2020
Location: Central Islip, New York

                              /s/ JOANNA SEYBERT
                              HONORABLE JOANNA SEYBERT
                              U.S. DISTRICT COURT JUDGE
                              EASTERN DISTRICT OF NEW YORK

Amended Order: Payment for services is approved nunc pro tunc 2/8/2020.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 2/13/2020
Central Islip, NY