UNITED STATES DITRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X

United States of America,

        Plaintiff

                                            O R D E R

  - against -

Jeffrey Chartier,

        Defendant                      Crim. Docket No. 17-372(JS)

                                            Deft. # 1

----------------------------X

       This matter having come before the Court on letter application by the defendant Jeffrey Chartier, represented by Robert P. LaRusso, for an Order (1) continuing Joseph Lively, Esq. as a CJA authorized investigator and as an associate counsel; and (2) authorizing CJA funds to be used to pay for his continued services, not to exceed 100 hours at $95 per hour, with leave to seek additional hours with approval of the Court, and for good cause shown,

       IT IS HEREBY ORDERED that (1) Joseph Lively, Esq., continue as a CJA authorized investigator and as an associate counsel; (2) CJA funds are authorized to pay for his continued services not to exceed 100 hours at $95 per hour, without prior approval of the Court and (3) that further payment for services is approved nunc pro tunc February 22, 2020.

SO ORDERED.

Dated: March 3, 2020
Location: Central Islip, New York

                                                JOANNA SEYBERT
                                                HONORABLE JOANNA SEYBERT
                                                U.S. DISTRICT COURT JUDGE
                                                EASTERN DISTRICT OF NEW YORK