UNITED STATES DITRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

United States of America,

        Plaintiff

  -  against -

Jeffrey Chartier,

        Defendant

O R D E R

Crim. Docket No. 17-372(JS)

Deft. # 1

- - - - - - - - - - - - - - - - - - - - - - - - - X

      This matter having come before the Court on letter application by the defendant Jeffrey Chartier, represented by Robert P. LaRusso, for an Order (1) continuing Joseph Lively, Esq. as a CJA authorized investigator and as an associate counsel; and (2) authorizing CJA funds to be used to pay for his continued services, not to exceed 100 hours at $95 per hour, with leave to seek additional hours with approval of the Court, and for good cause shown,

      IT IS HEREBY ORDERED that (1) Joseph Lively, Esq., continue as a CJA authorized investigator and as an associate counsel; (2) CJA funds are authorized to pay for his continued services not to exceed 100 hours at $95 per hour, without prior approval of the Court and (3) that further payment for services is approved nunc pro tunc March 2, 2020.

SO ORDERED.

Dated: March  6  , 2020
Location: Central Islip, New York

/s/   JOANNA SEYBERT
HONORABLE JOANNA SEYBERT
U.S. DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK